U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee v. Post Lumber Company, an Ohio Corporation, and Post Realty Company, Inc., an Ohio Corporation

Case Number:
FILED: JULY 1, 2008
08CV3749
JUDGE ST. EVE
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee

| | |
|---|---|
| NAME (Type or print) John J. Franczyk | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John J. Franczyk | |
| FIRM Central States Legal Department | |
| STREET ADDRESS 9377 W. Higgins Rd. | |
| CITY/STATE/ZIP Rosemont, Illinois 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06224947 | TELEPHONE NUMBER (847) 518-9800, Ext. 3464 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |