AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, trustee

V.

Post Lumber Company, an Ohio corporation,
and Post Realty Company, Inc., an Ohio
corporation

CASE NUMBER: 08CV3749

JUDGE ST. EVE

ASSIGNED JUDGE: MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Post Realty Company, Inc., an Ohio corporation
c/o Jeffery M. Post, Registered Agent
1581 Beech Grove
Ashtabula, Ohio 44004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli
Central States Legal Department
9377 West Higgins Road, 10th Floor
Rosemont, Illinois 60018

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes* (signature)

**(By) DEPUTY CLERK**

**July 1, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 7-10-08 |
| NAME OF SERVER *(PRINT)* Deputy James Hudson | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Debbie Post - Wife

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-21-08
            Date

*Signature of Server*

Ashtabula County Sheriff's Department
25 West Jefferson Street
Jefferson, Ohio  44047-1092

*Address of Server*

Pamela J Bloom - Notary Public

My commission expires: 3/29/2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.