IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 3749 |
| v. | ) ) | Honorable Amy St. Eve District Judge |
| POST LUMBER COMPANY, an Ohio Corporation and POST REALTY COMPANY, INC., an Ohio Corporation, | ) ) ) ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 26, 2008, at the hour of 8:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Amy J. St. Eve, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1241, Chicago, Illinois, or such other Judge as may be sitting in her stead, and present the attached Plaintiffs' Motion For Entry of Order of Default and Judgment by Default.

Respectfully submitted,

/s/ Anthony E. Napoli
Anthony E. Napoli
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois  60018-4938
(847) 518-9800, Ext. 3702
ARDC # 06210910
tnapoli@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Anthony E. Napoli, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on 12th day of August 2008, I caused the foregoing Plaintiffs' Amended Notice of Motion and Motion for Entry of Order of Default and Judgment by Default to be filed electronically. I served the foregoing by efiling and mailing said Notice of Motion and Motion to:

Post Lumber Company, an Ohio corporation
c/o Jeffery M. Post, Registered Agent
1581 Beech Grove
Ashtabula, OH 44004

Post Realty Company, Inc., an Ohio corporation
c/o Jeffery M. Post, Registered Agent
1581 Beech Grove
Ashtabula, OH 44004

Said Amended Notice and Motion was efiled and mailed this 12th day of August 2008.

/s/ Anthony E. Napoli
Anthony E. Napoli
One of Central States' Attorneys

F:270041 / 08410052 / 8/12/08