IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND      )
SOUTHWEST AREAS PENSION FUND,      )
and HOWARD McDOUGALL, trustee,     )
                                   )
            Plaintiffs,            )      Case No. 08 C 3749
                                   )
      v.                           )      Honorable Amy St. Eve
                                   )      District Judge
POST LUMBER COMPANY, an Ohio       )
Corporation and POST REALTY COMPANY, )
INC., an Ohio Corporation,         )
                                   )
            Defendants.            )

## **JUDGMENT ORDER**

At Chicago, Illinois, in the District and Division aforesaid, before the Honorable Amy

J. St. Eve, District Judge.

This cause coming to be heard this 19th day of August, 2008, on Plaintiffs' Motion

for Entry of Order of Default and Judgment by Default, due notice having been served, and

it appearing of record that a Complaint for collection of withdrawal liability, interest, and

statutory damages under the Employee Retirement Income Security Act of 1974 ("ERISA"),

29 U.S.C. §1001, et seq., as amended by the Multiemployer Pension Plan Amendments

Act of 1980, was filed by Plaintiffs on July 1, 2008; that Defendants Post Lumber Company,

an Ohio corporation ("Post Lumber") and Post Realty Company, Inc., an Ohio corporation

were served by delivery of Summons and Complaint on July 10, 2008; that Defendants

have failed to appear, answer, or otherwise plead to the Complaint; that Plaintiffs have

submitted affidavits in support of judgment; and the Court having fully considered the

Complaint, the Motion for Entry of Default and Judgment by Default and supporting

affidavits, and the record in this case does hereby find: (i) that this Court has jurisdiction of the action; (ii) that an order of default against Defendants is proper; (iii) that judgment by default may properly be entered in favor of Plaintiffs and against Defendants Post Lumber Company, an Ohio corporation and Post Realty Company, Inc., an Ohio corporation; and (iv) that Plaintiffs have established by evidence satisfactory to this Court that judgment should be entered against Defendants for the principal amount, interest, liquidated damages, attorneys' fees, and costs ordered hereinbelow, wherefore:

**IT IS ORDERED**:

A.    Judgment by default be and is hereby entered in favor of Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, and against Post Lumber Company, an Ohio corporation and Post Realty Company, Inc., an Ohio corporation, jointly and severally, in the total amount of $66,675.54.  The judgment amount consists of: (i) withdrawal liability in the amount of $53,017.44; (ii) interest in the amount of $1,087.97; (iii) liquidated damages in the amount of $10,603.49 (iv) attorneys' fees in the amount of $1,600.00; and (v) costs in the amount of $366.50 awarded pursuant to 29 U.S.C. § 1132(g)(2).

B.    That Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which interest is charged and shall be compounded annually.

C.    Specifically excluded from this judgment and not barred under claim preclusion are any claim for employer contributions (or interest and statutory damages

thereon) for any period of time on behalf of employees whose work history was not reported or was inaccurately reported to the Pension Fund.

   D.  That Plaintiffs are awarded execution for the collection of the judgment and costs granted.

   E.  That the Court retain jurisdiction of the cause for the purpose of enforcing this Order.

Enter:

Dated: <u>August 26, 2008</u> 

  United States District Judge

Order prepared by
attorney for Plaintiffs:

Anthony E. Napoli
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3702